IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

        Plaintiff,                No. CIV S-06-2145 MCE KJM P

   vs.

J.L. BISHOP, et al.,

        Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $3.60 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1 preceding month's income credited to plaintiff's prison trust account.  These payments will be
2 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
3 account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4     Plaintiff's complaint states cognizable Eighth Amendment claims for relief
5 pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Sharpe, Dusembery,
6 Jones and Young.  Therefore, the court will order service of process upon these defendants.
7 With respect to the other defendants and claims identified in plaintiff's complaint, plaintiff's
8 complaint fails to state a claim upon which relief can be granted.

9     Plaintiff has filed a document titled "Request For Production of Documents."
10 Plaintiff will be informed when it is appropriate to commence discovery.  During discovery,
11 plaintiff shall not serve discovery requests upon the court.

12     Also, plaintiff has filed a motion for a preliminary injunction.  At this point the
13 court does not have jurisdiction over any of the defendants.  Therefore, plaintiff's motion will be
14 denied without prejudice to renewal after defendants have been served with process.

15     In accordance with the above, IT IS HEREBY ORDERED that:

16     1. Plaintiff's request for leave to proceed in forma pauperis is granted.

17     2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
18 Plaintiff is assessed an initial partial filing fee of $3.60.  All fees shall be collected and paid in
19 accordance with this court's order to the Director of the California Department of Corrections
20 and Rehabilitation filed concurrently herewith.

21     3. Service is appropriate for the following defendants: Sharpe, Dusembery, Jones
22 and Young.

23     4. The Clerk of the Court shall send plaintiff four USM-285 forms, one
24 summons, an instruction sheet and a copy of the complaint filed September 27, 2006.

25 /////

26 /////

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Five copies of the endorsed complaint filed September 27, 2006.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Plaintiff's October 20, 2006 "request for the production of documents" shall be placed in the court's file and disregarded.

8. Plaintiff's November 27, 2006 motion for a preliminary injunction is denied.

DATED: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE

1
mcdo2145.1(11.08.06)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

      Plaintiff,                             No. CIV S-06-2145 MCE KJM P

    vs.

J.L. BISHOP, et al.,                      NOTICE OF SUBMISSION

      Defendants.                       OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____     completed summons form

        _____     completed USM-285 forms

        _____     copies of the _____
                                          Complaint

DATED:

                                                  _____
                                                  Plaintiff