IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

      Plaintiff,                     No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

      Defendants.            <u>ORDER</u>

        /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On May 29, 2007, plaintiff filed an amended complaint. At this stage of the case, plaintiff is entitled to amend his complaint under Under Rule 15(a) of the Federal Rules of Civil Procedure. Therefore, the court will screen plaintiff's amended complaint under 28 U.S.C. § 1915A(a).

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his First and Eighth Amendment claims against defendants Jones, Young, Williams, Bishop, Sharpe, Glenn and Collison. Accordingly, the court will order service of process on these defendants. With respect to the

/////

1

1 other claims and defendants identified in plaintiff's amended complaint, plaintiff's amended
2 complaint fails to state a claim upon which relief can be granted.
3      On July 5, 2007, plaintiff filed a motion for a preliminary injunction.  Because
4 defendants have not yet been served with process, the motion will be denied without prejudice to
5 renewal after defendants appear.
6      In accordance with the above, IT IS HEREBY ORDERED that:
7      1. Service is appropriate for the following defendants:  Jones, Young, Williams,
8 Bishop, Sharpe, Glenn and Collison.
9      2. The Clerk of the Court shall send plaintiff seven USM-285 forms, one
10 summons, an instruction sheet and a copy of the amended complaint filed May 29, 2007.
11      3. Within thirty days from the date of this order, plaintiff shall complete the
12 attached Notice of Submission of Documents and submit the following documents to the court:
13           a. The completed Notice of Submission of Documents;
14           b. One completed summons;
15           c. One completed USM-285 form for each defendant listed in number 1
16           above; and
17           d. Eight copies of the endorsed amended complaint filed May 29, 2007.
18      4. Plaintiff need not attempt service on defendants and need not request waiver of
19 service.  Upon receipt of the above-described documents, the court will direct the United States
20 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
21 without payment of costs.
22 /////
23 /////
24 /////
25 /////
26 /////

5. Plaintiff's July 5, 2007 motion for a preliminary injunction is denied without prejudice to renewal after defendants appear in this action.

DATED: January 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1
mcdo2145.1(5.29.07)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

        Plaintiff,                        No. CIV-S-06-2145 MCE KJM P

    vs.

J.L. BISHOP, et al.,                     NOTICE OF SUBMISSION

        Defendants.                  OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                   Amended Complaint

DATED:

                                                _____
                                                Plaintiff