IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MCDOWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**J.L. BISHOP, et al.,**<br><br>Defendants. | 2:06-cv-2145 MCE KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME** |

   Defendants' request for an extension of time to file a responsive pleading in this matter was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED that Defendants have until May 8, 2008, to file a responsive pleading (this disposes of docket no. 26).

Dated:  April 24, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1