IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

        Plaintiff,                    No. CIV S-06-2145 MCE KJM P

   vs.

J. L. BISHOP, et al.,

        Defendants.         <u>ORDER</u>

                              /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On February 29, plaintiff filed a motion asking that the court order persons at Centinela State Prison to provide plaintiff with medical care.  However, the court does not have jurisdiction over anyone at Centinela as there are no employees of Centinela that are defendants in this case.  Furthermore, Centinela State Prison lies within the judicial district of the United States District Court for the Southern District of California.  If plaintiff seeks a court order with respect to officials at Centinela, he should consider filing an action in the Southern District.

/////

/////

/////

1

1  Accordingly, because the court does not have jurisdiction to reach the substance
2 of the motion in the first instance, IT IS HEREBY ORDERED that plaintiff's motion for a
3 preliminary injunction (docket #23) is denied.

4 DATED: May 14, 2008.

_____
U.S. MAGISTRATE JUDGE

1
mcdo21454.pi