IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MCDOWELL,** | CASE NO. 2:06-cv-2145 MCE KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE** |
| v. | |
| **J. L. BISHOP, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to respond to Plaintiff's Interrogatories, Set One (docket no. 41) was considered by this court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until June 29, 2008 to respond to Plaintiff's Interrogatories, Set One.

Dated: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1