IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MCDOWELL,** | CASE NO. 2:06-cv-2145 MCE KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES, SET ONE** |
| v. | |
| **J.L. BISHOP, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to respond to Plaintiff's Interrogatories, Set One (docket #45) was considered by this court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until July 15, 2008 to respond to Plaintiff's Interrogatories, Set One.

Dated: June 26, 2008.

_____
U.S. MAGISTRATE JUDGE