IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

    Plaintiff,                    No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

    Defendants.         <u>ORDER</u>

                              /

        Plaintiff has filed a motion asking that certain defendants be sanctioned for failing to submit timely responses to certain discovery requests. However, plaintiff fails to point to anything indicating discovery responses were submitted late. Therefore, his request for sanctions (docket #52) is denied.

DATED: August 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1
mcdo2145.san