IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MCDOWELL,** | CASE NO. 2:06-cv-2145 MCE KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| v. | |
| **J.L. BISHOP, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to respond to Plaintiff's motion to compel discovery (docket no. 57) was considered by this court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' opposition filed on October 30, 2008 is deemed timely.

Dated:  November 5, 2008.

_____
U.S. MAGISTRATE JUDGE