IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY MCDOWELL,** | CASE NO. 2:06-cv-2145 MCE KJM P |
| Plaintiff, | **ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER** |
| v. | |
| **J.L. BISHOP, et al.,** | |
| Defendants. | |

Defendant's motion to modify the scheduling order was considered by this Court, and good cause appearing.

   IT IS HEREBY ORDERED that the Court will re-set the dates for filing pretrial statements and holding a pretrial conference after Plaintiff's motion to compel is ruled upon.

DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE

Order Granting Motion to Modify Scheduling Order

1