IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

        Plaintiff,                    No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On September 24, 2008, plaintiff filed a motion asking that the court order defendants to provide further responses to plaintiff's request for production of documents; the motion was dated September 19, 2008. On May 15, 2008, plaintiff was informed that all motions to compel discovery had to be filed no later than September 5, 2008. Because plaintiff has not shown good cause to extend the discovery deadline, see Fed. R. Civ. P. 6(b)(B), his motion to compel will be denied.[1]

/////

---

[1] To the extent plaintiff asks defendants to produce a copy of the videotape identified in request to produce #1, defendants have indicated that they have provided plaintiff a copy of the videotape and the copy contains all of the information plaintiff has requested that is in defendants' possession. Opp'n at 3:12-14.

1

Because there are no other matters pending in this case, the court will order the parties to file their pretrial statements and then a pretrial order will issue.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (#56) is denied;
2. Plaintiff shall file his pretrial statement within thirty days; and
3. Defendants shall file their pretrial statement within twenty days of service of plaintiff's statement.

DATED: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

mcdo2145.mtc