IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,                           No. 2:06-cv-02145-MCE-KJM P

    Plaintiff,

  vs.                                              ORDER

J. L. BISHOP, et al.,

    Defendants.

_____/

On March 23, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 13, 2009 denying plaintiff's September 24, 2008 motion to compel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 13, 2009, is affirmed.

Dated: April 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE