IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

    Plaintiff,                  No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et. al.,

    Defendants.          <u>ORDER</u>

_____/

        To the extent the document filed by plaintiff on April 21, 2009, is an extension of his motion to compel denied by the court on March 13, 2009, it is denied. The court notes that plaintiff sought reconsideration of the March 13, 2009 order and that request was denied on April 6, 2009. In light of these facts, plaintiff is hereby warned that if he files another untimely motion to compel or attempts to re-litigate the matters already decided in the March 13, 2009 order, he will be sanctioned, possibly with dismissal of this action.

DATED: May 25, 2009.

                                          _____
                                          U.S. MAGISTRATE JUDGE

1
mcdo2145.mtc