IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

       Plaintiff,                No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

       Defendants.         ORDER

_____/

        The trial set for August 24, 2009 is vacated.  A new trial date will be set in the court's forthcoming pretrial order.

DATED: July 30, 2009.

_____
U.S. MAGISTRATE JUDGE

1
mcdo2145.vt