IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

     Plaintiff,            No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

     Defendant.           <u>ORDER</u>

/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. While preparing the pretrial order in this matter the court has discerned that it apparently inadvertently failed to order service of process on defendant Ginder, as plaintiff's complaint states claims for a violation of the First and Eighth Amendments against defendant Ginder, as well as the other defendants already served. That being the case the court is prepared to order service of process on defendant Ginder unless defendants' counsel will accept service.

        Therefore, IT IS HEREBY ORDERED that counsel for defendants inform the court within five days whether she will accept service of process on behalf of defendant Ginder.

DATED: November 19, 2009.

                                              U.S. MAGISTRATE JUDGE

1/mcdo2145.gin

1