IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

      Plaintiff,                        No. CIV S-06-2145 MCE KJM P

     vs.

J. L. BISHOP, et al.,

      Defendant.                   <u>ORDER</u>

                                  /

       Pursuant to the court's November 20, 2009 order, and the response to that order filed by counsel for defendants on December 18, 2009, IT IS HEREBY ORDERED that counsel for defendants file defendant Ginder's response to plaintiff's complaint within twenty days.

DATED: January 5, 2010.

                                                    U.S. MAGISTRATE JUDGE

1
mcdo2145.app

1