IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

Plaintiff, No. CIV S-06-2145 MCE KJM P

vs.

J. L. BISHOP, et al.,

Defendants. ORDER

_______________________________/

Good cause appearing, IT IS HEREBY ORDERED that the parties inform the court within fourteen days whether they wish to conduct discovery with respect to plaintiff's claims against defendant Ginder and whether they wish to file a potentially dispositive motion with respect to those claims.

Defendants also shall advise the court of their position with respect to settlement, as requested by plaintiff in his filing of March 12, 2010.

If the parties do not respond to this order, this matter will be set for trial.

DATED: March 18, 2010.

U.S. MAGISTRATE JUDGE

1
mcdo2145.dis