IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

        Plaintiff,                    No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

        Defendants.            <u>SCHEDULING ORDER</u>

                              /

        Pursuant to the court's March 18, 2010 order, and the response to that order filed by defendants on March 20, 2010 and good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties may conduct discovery with respect to plaintiff's claims against defendant Ginder until July 15, 2010. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

        2. All pretrial motions with respect to plaintiff's remaining claims against defendant Ginder, except motions to compel discovery, shall be filed on or before August 15, 2010. Motions shall be briefed in accordance with paragraph 7 of this court's order filed January 10, 2008.

/////

1      3. The court will set dates for the filing of pretrial statements and trial after
2 resolving any motions described in paragraph 2 or after the date for filing such motions expires.
3 DATED: April 23, 2010.

_____
U.S. MAGISTRATE JUDGE

1
mcdo2145.41(2)

2