IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

     Plaintiff,                        No. CIV S-06-2145 MCE KJM P

    vs.

J. L. BISHOP, et al.,

     Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a motion in which he requests that the court hold an in camera hearing to review both the original videotaped recording of events occurring on March 25, 2005 at High Desert State Prison, and a DVD made from the videotaped recording. Plaintiff also requests that the court view these items with a videotape expert. However, the court has no cause to conduct the in camera review at the present time. The court's understanding is that a DVD made from the original videotape is part of the record presented by defendants in support of their pending motion for summary judgment. Plaintiff currently is not in a position to provide a copy of the original videotaped recording. If defendants locate the original videotaped recording in response to the court's order granting in part plaintiff's motion to compel, being filed concurrently with this order, then the court will entertain a motion from plaintiff to

1

1 supplement the record in opposition to defendants' pending motion for summary judgment with
2 that recording.
3       Accordingly, IT IS HEREBY ORDERED that plaintiff's August 6, 2010 "request
4 for in camera hearing" (#96) is denied.
5 DATED: December 18, 2010.

_____
U.S. MAGISTRATE JUDGE

1
mcdo2145.ic