IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

      Plaintiff,                    No. CIV S-06-2145 MCE KJM P

  vs.

J. L. BISHOP, et al.,

      Defendants.             <u>ORDER</u>

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff is proceeding, in pertinent part, against defendant Ginder (defendant) for alleged violations of the First and Eighth Amendments. <u>See</u> November 20, 2009 Order. Plaintiff has filed a motion asking that the court order defendant to provide further responses to plaintiff's requests to produce documents numbers 1 to 5, 7 and 8. A hearing was held with respect to the motion on December 15, 2010. Plaintiff appeared by telephone. Deputy District Attorney Jessica Devencenzi appeared for defendant Ginder. In light

/////

/////

/////

/////

1

of the record before the court and the discussion occurring at the hearing, IT IS HEREBY ORDERED as follows:

    1. Before February 1, 2011:

        A. Defendant shall make a good faith effort to locate the original videotape recording of the March 25, 2005 cell extraction at issue in this case and, if the videotape is found, allow plaintiff to view it.  Also, if the videotape is found, it shall be preserved for trial.  If, the videotape cannot be located, defendant shall so certify in writing to plaintiff.

        B. Defendant shall clarify in writing, without objection, that he has no documents in his personnel file indicating that complaints have been made against him by prisoners.  Also, defendant shall make available to plaintiff anything from his personnel file indicating he has been disciplined at work for being dishonest, if any such information resides in the file.  Defendant may redact any personal identifying information from documents produced, such as his social security number, date of birth or home address.  If there are no such documents, defendant shall so certify in writing to plaintiff.

        C. As offered by defendant's counsel during hearing, defendant shall provide plaintiff with a copy of the California Department of Corrections and Rehabilitation Department Operations Manual (DOM) section counsel has identified as governing procedures to be used by health care professionals in clearing an inmate for return to his cell following an injury.

/////
/////
/////

1           D. Defendant shall make a good faith effort to learn the identity of the person who made the DVD recording from the original videotape recording of the March 25, 2005 cell extraction at issue in this case and provide that information to plaintiff. If defendant cannot ascertain who made the DVD, defendant shall so certify to plaintiff in writing.

2. In all other respects, plaintiff's July 12, 2010 motion to compel is denied.

3. Counsel for defendant shall inform the court when compliance with this order has occurred.

DATED: December 18, 2010.

_____
U.S. MAGISTRATE JUDGE

1  
mcdo2145.mtc