IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

        Plaintiff,                    No. CIV S-06-2145 MCE GGH (TEMP) P

   vs.

J. L. BISHOP, et al.,

        Defendants.            FINDINGS AND RECOMMENDATIONS

/

        Plaintiff has filed a motion in which he requests that the court enter certain orders regarding plaintiff's conditions of confinement at Centinela State Prison. Plaintiff's conditions of confinement at Centinela are not the subject matter of this lawsuit. Also, on February 24, 2011, plaintiff informed the court that he is now housed at California State Prison, Corcoran.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's December 27, 2010 "request for temporary injunction" be denied without prejudice to the refiling of a motion concerning denial of the Constitutional right of access to courts with respect to this case to the extent plaintiff has a reasonable legal and factual basis for filing such a motion.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
3  shall be served and filed within fourteen days after service of the objections.  The parties are
4  advised that failure to file objections within the specified time may waive the right to appeal the
5  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED: March 3, 2011

              /s/ Gregory G. Hollows
              _____
              GREGORY G. HOLLOWS
              UNITED STATES MAGISTRATE JUDGE

kc
mcdo2145.tro