IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY MCDOWELL, | No. 2:06-cv-02145 MCE GGH  P |
| Plaintiff, | |
| vs. | ORDER |
| J.L. BISHOP, et al., | |
| Defendants. | |
| _____/ | |

On April 29, 2011, plaintiff filed a motion for reconsideration of the magistrate judge's order filed April 18, 2011, denying plaintiff's March 7, 2011 motion to supplement the record in opposition to defendant Ginder's motion for summary judgment. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 18, 2011, is AFFIRMED.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE