IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANNY MCDOWELL,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**J.L. BISHOP, et al.,**<br><br>                              Defendants. | Case No. 2:06-cv-2145 MCE-CKD (P)<br><br>**ORDER CORRECTING TYPOGRAPHICAL ERROR TO DATE OF EXHIBIT IN PRETRIAL ORDER** |

   Defendants having requested correction of a typographical error in the date of one of their exhibits listed in the Pretrial Order, and good cause appearing,

   IT IS HEREBY ORDERED that the date of Defendants' Exhibit B.2. listed in the Pretrial Order be corrected to March 25, 2005.

Dated: July 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1