IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

     Plaintiff,                              No.  2:06-cv-2145 MCE CKD P

    vs.

J.L. BISHOP, et al.,

     Defendants.                      ORDER

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff also objects to the court's finding in the June 27, 2012 pretrial order that a writ of habeas corpus ad testificandum will not issue for inmate Willard Brits so that he may testify at trial.  Plaintiff's objection will be overruled as he still has not complied with the

1

requirements for obtaining a writ of habeas corpus ad testificandum for an inmate witness which were explained to plaintiff in the court's May 15, 2008 scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (Docket No. 146) is denied.

2. Plaintiff's objection to the court's denial of a writ of habeas corpus ad testificandum for inmate Willard Brits is overruled.

Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
mcdo2145.31