IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,

     Plaintiff,                        No.  2:06-cv-02145 MCE CKD P

    v.

J.L. BISHOP, et al.,

     Defendants.                <u>ORDER</u>

                                /

          On August 29, 2012, Plaintiff filed a motion the Court construes as a motion for reconsideration of the Magistrate Judge's July 25, 2012, order overruling Plaintiff's objection to the Magistrate's Judge's denial of a writ of habeas corpus ad testificandum for inmate Willard Brits.  (ECF No. 148.)  Local Rule 303(b) states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties."  Plaintiff's request for reconsideration of the Magistrate Judge's order of July 25, 2012, order is, therefore, untimely.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 29, 2012, "Motion for Excusable Neglect" (ECF No. 148) is DENIED.

Dated: October 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE