UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANNY MCDOWELL,                        No. 2:06-cv-02145-MCE-CKD

    Plaintiff,

  v.                                   ORDER CONTINUING TRIAL

J.L. BISHOP, ET AL.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the March 18, 2013 jury trial is vacated and continued to **April 29, 2013**, at **9:00 a.m.** in Courtroom 7.

    All other due dates set forth in the Court's Pretrial Order are confirmed.

    IT IS SO ORDERED.

Dated: October 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1